IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00460-REB-MJW

SANTIAGO ABREU, an individual,

Plaintiff,

v.

MIS ENTERPRISES, INC., doing business as Baskin Robbins,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion to Appear Telephonically at Scheduling Conference Set For May 9, 2016 at 10:30 AM (Docket No.6) is **GRANTED**. Counsel for Plaintiff is directed to call the court's chambers (303-844-2403) at the scheduled time.

Date: April 15, 2016