**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  16-cv-00460-REB-MJW

SANTIAGO ABREU, an individual,

    Plaintiff,

v.

MIS ENTERPRISES, INC., dba BASKIN ROBBINS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the plaintiff's **Notice of Voluntary Dismissal with Prejudice** [#21][1] filed June 15, 2016.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated; and

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated June 21, 2016, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.